UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NUMBER: 5:09-CR-381-1BO

**FILED**
AUG - 6 2013


United States of America
vs.
Trone Tillery

ORDER

IT IS HEREBY ORDERED that the following Government Exhibit(s) be returned to <u>Task Force Officer John Tomlinson</u> and remain in his custody through any proceeding on appeal or review.

<u>Govt's Exhibit: # 95 - Crack Cocaine - 7.1 grams - 2/6/2009</u>
<u>Govt's Exhibit: # 96 - Crack Cocaine - 7.1 grams - 3/12/2009</u>
<u>Govt's Exhibit: # 97 - Crack Cocaine - 7.2 grams - 2/24/2009</u>
<u>Govt's Exhibit: # 98 - Crack Cocaine - 7.3 grams - 3/10/2010</u>
<u>Govt's Exhibit: # 99 - Ruger P94 DC Gun</u>
<u>Govt's Exhibit: # 100 - Clip with 11 Bullets</u>
<u>Govt's Exhibit: # 101 - Rosei . 357 Revolver</u>
<u>Govt's Exhibit: # 102 - (6) .357 Bullets</u>

This <u>6th</u> day of August, 2013 - Exhibit received by:

JOHN R TOMLINSON
Print name

_[signature]_
Sign name

August <u>6th</u>, 2013

_[signature]_
TERRENCE W. BOYLE, US District Judge