UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-381-BO-1

| | |
|---|---|
| TRONE BRONKEITH TILLERY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER AND NOTICE** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

Notice is hereby given to the petitioner, Trone Tillery, that the Court intends to construe his letter dated March 7, 2014 [DE 167] as a motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255. In his letter, petitioner complains that his attorney has not filed a notice of appeal as directed, has informed his family that petitioner would need to handle his appeal on his own, and also has not provided petitioner with the documents necessary to further litigate his case. The Court GRANTS petitioner 30 (thirty) days from the filing of this notice to confirm or deny his intent to file a motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255. If a response is not filed within this time, this Court will presume that petitioner is not seeking such relief and this action will be dismissed. Should the petitioner notify this Court of his intention to file a motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255, the Clerk of Court is DIRECTED to provide petitioner with the appropriate forms on which to file such a motion.

The court further warns the petitioner of the effects of filing a motion pursuant to section 2255, and advises him as to the requirements of section 2255. *See Castro v. United States*, 540 U.S. 375, 377, 383 (2003); *see also United States v. Emmanuel*, 288 F.3d 644, 649 (4th Cir. 2002).

SO ORDERED,
this __13__ day of March, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2