FILED: August 28, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1377
(5:09-cr-00381-BO-1)

In re: TRONE BRONKEITH TILLERY, a/k/a Weasel, a/k/a Weezie

Petitioner.

O R D E R

Trone Bronkeith Tillery has filed a petition for an original writ of habeas corpus. The court declines to exercise its authority to entertain the habeas petition, and instead transfers it to the United States District Court for the Eastern District of North Carolina at Raleigh for consolidation with Tillery's pending motion there pursuant to 28 U.S.C. § 2255 (2012). See (5:09-cr-00381-BO-1). We grant Tillery's application to proceed in forma pauperis.

Entered at the direction of the panel: Judge Wilkinson, Judge King, and Judge Agee.

For the Court

/s/ Patricia S. Connor, Clerk