IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-381-BO
NO. 5:14-CV-232-BO

| | |
|---|---|
| TRONE BRONKEITH TILLERY, | ) |
| Petitioner, | ) ) ) |
| v. | ) **O R D E R** |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

This matter is before the Court on the government's corrected motion for new judgment and to dismiss. [DE 196]. The government represents that it cannot refute petitioner's claim of ineffectiveness on the part of his counsel. The government requests that this Court allow petitioner the limited right to file an out-of-time notice of appeal. The government represents that it has consulted with petitioner's present counsel who does not object to the instant motion.

Accordingly, for good cause shown, the Clerk is DIRECTED to VACATE the judgment of conviction entered in this matter on January 7, 2014, and to re-enter a new, identical judgment of conviction from which Mr. Tillery may appeal consistent with the Federal Rules of Appellate Procedure. Mr. Tarlton will remain as petitioner's counsel through the filing of the notice of appeal. As a new judgment shall be entered in this matter, petitioner's motion to vacate pursuant to 28 U.S.C. § 2255 the government's pending motion to dismiss are now DISMISSED AS MOOT without prejudice.

SO ORDERED. This the 23 day of November, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE